UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ONEWEST BANK,<br><br>    Plaintiff,<br>    v.<br>TONY AND MARIA PEREZ,<br><br>    Defendants.<br>_____/ | No. C 11-00572 LB<br><br>**ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF CALIFORNIA** |

On August 12, 2010, Defendants Tony and Maria Lopez removed this action from Calaveras Superior Court to the United States District Court for the Northern District of California. Notice of Removal, ECF No. 1. Pursuant to 28 U.S.C. § 1446, a defendant seeking to remove a civil action from state court must file a notice of removal in the federal district court for the district within which the action is pending. Because this lawsuit was originally filed in Calveras Superior Court, the proper venue for Defendant to file her Notice of Removal is the District Court for the Eastern District of California. *See* E.D. Cal. Civil L. R. 120(d). Accordingly, the Court transfers this matter to the Eastern District of California, Fresno Division.

**IT IS SO ORDERED.**

Dated: February 15, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00572 LB